IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EXELON GENERATION COMPANY, LLC | ) | |
| and | ) | |
| AMERGEN ENERGY COMPANY, LLC | ) | No. 04-0104C |
| Plaintiffs, | ) | |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Exelon Generation Company, LLC ("Exelon Generation") and AmerGen Energy Company, LLC, through their undersigned counsel, respectfully submit this corporate disclosure statement. Exelon Generation is a directly and wholly-owned subsidiary of Exelon Ventures Company, LLC, which is a directly and wholly-owned subsidiary of Exelon Corporation. AmerGen is a wholly-owned indirect

subsidiary of Exelon Generation. Exelon Corporation is a publicly-held corporation.

Dated: January 28, 2004

Respectfully submitted,

By: /s/ Norman M. Hirsch

Norman M. Hirsch
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 923-2782 (telephone)
(312) 840-7782 (facsimile)
COUNSEL FOR PLAINTIFFS
EXELON GENERATION
COMPANY, LLC and
AMERGEN ENERGY
COMPANY, LLC

Of Counsel:

Donald R. Cassling
David Jiménez-Ekman
Christopher Tompkins
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350

Brad Fagg
Paul Bessette
Morgan, Lewis & Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-3000

Thomas S. O'Neill
Exelon Nuclear
Cornerstone II
5th Floor
4300 Winfield Road
Warrenville, IL 60555
(630) 657-3770